UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK D. STEWART | CIVIL ACTION |
| VERSUS | NO: 04-1724 c/w 04-2289 and 04-2290-LMA-SS |
| LINDA S. McMAHON, ACTING, COMMISSIONER OF SOCIAL SECURITY | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have not filed any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the plaintiff's motion for summary judgment (Rec. doc. 25) on CA 04-2290 be GRANTED and that plaintiff be awarded the sum of $3,885.00.

New Orleans, Louisiana, this ___26th___ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE